**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6060**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

HASSAN GENELL HINES,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:07-cr-00323-BO-1)

Submitted: March 14, 2017     Decided: March 17, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Hassan Genell Hines, Appellant Pro Se. Matthew Fesak, Thomas B. Murphy, Stephen Aubrey West, Assistant United States Attorneys, Michael Gordon James, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hassan Genell Hines was convicted by a federal jury of several drug and firearm charges and in January 2009, the district court sentenced Hines to a total of 480 months of imprisonment. On direct appeal, this court affirmed the judgment. United States v. Hines, 380 F. App'x 320 (4th Cir. 2010) (No. 09-4060). In January 2017, Hines filed a second notice of appeal of the criminal judgment. However, because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

DISMISSED